United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aquilla L Mizelle  
    Debtor

Case No. 19-17530-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Mar 04, 2020  
                             Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
db            +Aquilla L Mizelle,    3439 North 16th Street,    Philadelphia, PA 19140-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr            +E-mail/Text: bncnotice@ph13trustee.com Mar 05 2020 03:52:00      WILLIAM C. MILLER,  
           Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229  
smg           E-mail/Text: megan.harper@phila.gov Mar 05 2020 03:51:48     City of Philadelphia,  
           City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
           Philadelphia, PA 19102-1595  
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:51:24  
           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
           Harrisburg, PA 17128-0946  
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2020 03:51:40     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 05 2020 03:57:47  
           Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,  
           Oklahoma City, OK 73118-7901  
                                                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:  
          MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Aquilla L Mizelle ecfbc@comcast.net,  
          paecfbc@gmail.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    Pinta, LLC for benefit of Wachovia Capital Markets,  
          LLC bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
                                                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Aquilla L. Mizelle fka Aquilla L Brewer<br>　　　　　Debtor | CHAPTER 13 |
| Pinta, LLC for benefit of Wachovia Capital Markets, LLC<br>　　　　　Secured Creditor<br>　　vs. | NO. 19-17530 MDC |
| Aquilla L. Mizelle fka Aquilla L Brewer<br>　　　　　Debtor<br>William C. Miller, Esquire<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The Debtor will remain current with post-petition payments.

2. By August 2, 2020, the Debtor will either:

a. Complete a sale of the property located at 3439 N. 16th Street, Philadelphia, Pennsylvania, 19140 and proceeds from that sale will pay Secured Creditor's claim in full, plus any accrued post-petition fees and costs, subject to a current payoff figure, or

b. Complete a final loan modification with Secured Creditor that cures any pre-petition arrears.

3. In the event the post-payments under Section 1 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

4. In the event that either the proposed sale of the property or the proposed loan modification under Section 2 above are not completed pursuant to the terms of this stipulation, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date: February 18, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 2/19/20

Mitchell Lee Chambers, Jr., Esquire
Attorney for Debtor

Date: 2/29/20

**NO OBJECTION**

William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this __4th__ day of _____March_____, 2020. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge