UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Aquilla Mizelle | : | |
| Debtor | : | Bankruptcy No. 19-17530 MDC |

### ORDER

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The liens affecting any interest of Debtor in property (the "Liens") obtained by Cavalry SPV I, LLC by judgments entered on or about are hereby avoided and declared null and void; and

3. All property affected by the Liens, and title thereto and possession thereof, is hereby discharged from the Liens, including the real and personal property located at 3439 N. 16th Street, Philadelphia, PA 19140.

BY THE COURT

Dated: March 10, 2020

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:
Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

William C. Miller, Standing Trustee
PO Box 40119
Philadelphia, PA 19106-0119

Aquilla L. Mizelle
3439 N. 16th Street
Philadelphia, PA 19140

CAVALRY SPV, LLC
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595