United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aquilla L Mizelle  
    Debtor

Case No. 19-17530-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Mar 11, 2020  
                 Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.  
db         +Aquilla L Mizelle,    3439 North 16th Street,    Philadelphia, PA 19140-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr         +E-mail/Text: bncnotice@ph13trustee.com Mar 12 2020 03:38:05      WILLIAM C. MILLER,  
         Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229  
smg        E-mail/Text: megan.harper@phila.gov Mar 12 2020 03:37:57     City of Philadelphia,  
         City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
         Philadelphia, PA 19102-1595  
smg        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2020 03:37:28  
         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
         Harrisburg, PA 17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2020 03:37:44     U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 12 2020 03:43:39  
         Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,  
         Oklahoma City, OK 73118-7901  
                                                                                        TOTAL: 5

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:  
         MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Aquilla L Mizelle ecfbc@comcast.net,  
          paecfbc@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Pinta, LLC for benefit of Wachovia Capital Markets,  
          LLC bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
                                                                                               TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Aquilla Mizelle | : | |
|     Debtor | : | Bankruptcy No. 19-17530 MDC |

### ORDER

Upon consideration of Debtor's Motion to Avoid Liens (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. The liens affecting any interest of Debtor in property (the "Liens") obtained by Cavalry SPV I, LLC by judgments entered on or about are hereby avoided and declared null and void; and

3. All property affected by the Liens, and title thereto and possession thereof, is hereby discharged from the Liens, including the real and personal property located at 3439 N. 16th Street, Philadelphia, PA 19140.

BY THE COURT

Dated: March 10, 2020

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc:
Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

William C. Miller, Standing Trustee
PO Box 40119
Philadelphia, PA 19106-0119

Aquilla L. Mizelle
3439 N. 16th Street
Philadelphia, PA 19140

CAVALRY SPV, LLC
500 SUMMIT LAKE DRIVE
SUITE 400
VALHALLA, NY 10595