United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17530-mdc
Aquilla L Mizelle                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: JEGilmore              Page 1 of 1              Date Rcvd: Apr 13, 2020
                                Form ID: pdf900              Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2020.
db             +Aquilla L Mizelle,   3439 North 16th Street,   Philadelphia, PA 19140-4904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: bncnotice@ph13trustee.com Apr 14 2020 03:51:19      WILLIAM C. MILLER,
                  Office of the Chap. 13 Standing Trustee,   P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Apr 14 2020 03:50:57      City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2020 03:50:28
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2020 03:50:55      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 14 2020 03:56:38
                  Exeter Finance LLC, c/o AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2020 at the address(es) listed below:
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Aquilla L Mizelle ecfbc@comcast.net,
               paecfbc@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pinta, LLC for benefit of Wachovia Capital Markets,
               LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Aquilla Mizelle | : | |
| Debtor | : | Bankruptcy No. 19-17530 MDC |

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**.

3. Expenses are ALLOWED in favor of the Applicant in the amount of **$62.00**.

4. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$350.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Dated:  4 / 10 /20

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE