IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: AQUILLA L. MIZELLE **Debtor** | CHAPTER 13 |
| EXETER FINANCE LLC f/k/a EXETER FINANCE CORP. **Moving Party** | Case No.: 19-17530 (MDC) |
| v. | **Hearing Date:  2-2-21 at 10:30 AM** |
| AQUILLA L. MIZELLE  CHRISTOPHER MIZELLE **Respondent** | 11 U.S.C. 362 11 U.S.C. 1301 |
| WILLIAM C. MILLER **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC f/k/a Exeter Finance Corp. and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about February 17, 2021 in the above matter is APPROVED.

Dated: March 1, 2021

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE