United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Aquilla L Mizelle  
    Debtor

Case No. 19-17530-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Aquilla L Mizelle, 3439 North 16th Street, Philadelphia, PA 19140-4904 |
| cr | + | Exeter Finance LLC f/k/a Exeter Finance Corp., P.O Box 166008, Irving, TX 75016-6008 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bncnotice@ph13trustee.com | Mar 03 2021 02:48:00 | WILLIAM C. MILLER, Office of the Chap. 13 Standing Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 03 2021 02:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2021 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2021 02:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Mar 03 2021 02:41:34 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 02, 2021 | Form ID: pdf900 | Total Noticed: 7

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Carvana  LLC abonanni@hoflawgroup.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Aquilla L Mizelle ecfbc@comcast.net  paecfbc@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Ditech Financial  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pinta  LLC for benefit of Wachovia Capital Markets, LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: AQUILLA L. MIZELLE ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| EXETER FINANCE LLC ) | |
| f/k/a EXETER FINANCE CORP. ) | Case No.: 19-17530 (MDC) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date: 2-2-21 at 10:30 AM** |
| ) | |
| AQUILLA L. MIZELLE ) | 11 U.S.C. 362 |
| CHRISTOPHER MIZELLE ) | |
| **Respondent** ) | 11 U.S.C. 1301 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC f/k/a Exeter Finance Corp. and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about February 17, 2021 in the above matter is APPROVED.

Dated:  March 1, 2021

BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE