form HUD-1 (3/86) ref Handbook 4305.2

## A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number: 20-1554 | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

TitleExpress Settlement System
Printed 02/16/2021 at 18:27 LZ

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

| | |
|---|---|
| D. NAME OF BORROWER: | Veniece Dunn |
| ADDRESS: | |
| E. NAME OF SELLER: | Aquilla L. Brewer now known as Aquilla L. Mizelle |
| ADDRESS: | 3439 North 16th Street, Philadelphia, PA 19140 |
| F. NAME OF LENDER: | |
| ADDRESS: | |
| G. PROPERTY ADDRESS: | 3439 North 16th Street, Philadelphia, PA 19140 |
| H. SETTLEMENT AGENT: | Acro Settlement Company |
| PLACE OF SETTLEMENT: | 2930 Jasper Street, Suite 101, Philadelphia, PA 19134 |
| I. SETTLEMENT DATE: | |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 85,000.00 | 401. Contract sales price | 85,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 6,694.72 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 91,694.72 | **420. GROSS AMOUNT DUE TO SELLER** | 85,000.00 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 17,690.99 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | 67,309.01 |
| | | Shellpoint Mortgage | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 85,000.00 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 91,694.72 | 601. Gross amount due to seller (line 420) | 85,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction amount due seller (line 520) | 85,000.00 |
| **303. CASH FROM BORROWER** | 91,694.72 | **603. CASH TO SELLER** | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: ___-___-___    SELLER(S) SIGNATURE(S): _____ / _____
SELLER(S) NEW MAILING ADDRESS: _____
SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

File Number: 20-1554
Printed 02/16/2021 at 18:27 LZ

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $85,000.00 @ 4.000 = 3,400.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ 3,400.00 | to HomeSmart Realty Advisors | | |
| 703. Commission paid at Settlement | | | 3,400.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % | | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From to @ $ /day | | | |
| 902. Mortgage Insurance Premium for to | | | |
| 903. Hazard Insurance Premium for to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance mo. @ $ /mo | | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | | |
| 1003. City Property Tax mo. @ $ /mo | | | |
| 1004. County Property Tax mo. @ $ /mo | | | |
| 1005. Annual Assessments mo. @ $ /mo | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | | | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | 60.00 |
| 1104. Tax Cert Reimbursement | to Acro Settlement Company | 300.00 | |
| 1105. Document Preparation | to Acro Settlement Company | | |
| 1106. Notary Fees | to Acro Settlement Company | 50.00 | 50.00 |
| 1107. Attorney's fees | | | |
| (includes above items No: | ) | | |
| 1108. Title Insurance | to WFG National Title Insurance Company | 1,024.05 | |
| (includes above items No: | ) | | |
| 1109. Lender's Policy | | | |
| 1110. Owner's Policy | 85,000.00 - 1,024.05 | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 256.75 ; Mortgage $ ; Release $ | | 256.75 | |
| 1202. City/County tax/stamps Deed $ 6,273.93 ; Mortgage $ | | 3,136.97 | 3,136.96 |
| 1203. State Tax/stamps Deed $ 1,913.95 ; Mortgage $ | | 956.98 | 956.97 |
| 1204. Deed $ ; Mortgage $ | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Agency Receivables | to City of Philadelphia | 969.97 | |
| 1302. Water | to Water Revenue Bureau | | 5,929.82 |
| 1303. 2012-2019 RE Taxes | to City of Philadelphia | | 3,569.24 |
| 1304. Bankruptcy Attorney Fees | to Law Offices of Mitchell Lee Chambers, Jr. | | 400.00 |
| 1305. Bankruptcy Motion Filing | to Law Offices of Mitchell Lee Chambers, Jr. | | 188.00 |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | | 6,694.72 | 17,690.99 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____
Veniece Dunn

_____
Aquilla L. Brewer now known as Aquilla L. Mizelle

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____  DATE: _____