## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Aquilla L. Mizelle | : | |
| Debtors | : | Bky Case No. 19--17530 MDC |

## AMENDED ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE

After review of the application of the Debtor's for a Motion for an Expedited Hearing for the reduction of time for a hearing on Debtor's Motion to Sell Real property, it is ORDERED as follows:

1. A hearing will be conducted on the matter on **April 6, 2021 at 11:00 a.m.** in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No 2., Philadelphia, PA.

2. The Applicant must serve a copy of this Order, and all related documents, on all parties:

by any of the following methods selected by the Court:

X fax,  ☐ overnight mail,  ☐ regular mail,  X email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:   Rebecca Solarz, Esq., counsel for the mortgagee and LeeAne Huggins, Esq, counsel for the Chapter 13 Trustee:

by any of the following methods selected by the Court:

X fax,  ☐ overnight mail,  ☐ regular mail,  X email,  ☐ hand delivery.

4. Service must be made:
X on the same day as the date of this order, or
☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:
X is not required
☐ must be provided to
_____
☐ on the same day as the date of this Order, or
☐ within _____ day(s) of the date of this Order.

6. A Certification of Service must be filed prior to the hearing date.

      7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __five (5)__ day(s) prior to the scheduled hearing; or

X may be presented orally at the hearing.

      8. Parties may request to appear by phone by contacting Chambers prior to the return date of Debtor's Motion.

Dated: _____March 18___, 2021

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge