United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17530-mdc

Aquilla L Mizelle     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Mar 18, 2021    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Aquilla L Mizelle, 3439 North 16th Street, Philadelphia, PA 19140-4904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2021 at the address(es) listed below:

**Name    Email Address**

ANTONIO G. BONANNI
    on behalf of Creditor Carvana  LLC abonanni@hoflawgroup.com

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Aquilla L Mizelle ecfbc@comcast.net  paecfbc@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pinta  LLC for benefit of Wachovia Capital Markets, LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial  LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 18, 2021 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :        Chapter 13
   Aquilla L. Mizelle                     :
        Debtors                         :        Bky Case No. 19--17530 MDC

**AMENDED ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING, AND LIMITING NOTICE**

After review of the application of the Debtor's for a Motion for an Expedited Hearing for the reduction of time for a hearing on Debtor's Motion to Sell Real property, it is ORDERED as follows:

1. A hearing will be conducted on the matter on **April 6, 2021 at 11:00 a.m.** in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No 2., Philadelphia, PA.

2. The Applicant must serve a copy of this Order, and all related documents, on all parties:

by any of the following methods selected by the Court:

X fax,   ☐ overnight mail,   ☐ regular mail,   X email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:   Rebecca Solarz, Esq., counsel for the mortgagee and LeeAne Huggins, Esq, counsel for the Chapter 13 Trustee:

by any of the following methods selected by the Court:

X fax,   ☐ overnight mail,   ☐ regular mail,   X email,   ☐ hand delivery.

4. Service must be made:
X on the same day as the date of this order, or
☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:
X is not required
☐ must be provided to
_____
☐ on the same day as the date of this Order, or
☐ within _____ day(s) of the date of this Order.

6. A Certification of Service must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail __five (5)__ day(s) prior to the scheduled hearing; or

X  may be presented orally at the hearing.

8. Parties may request to appear by phone by contacting Chambers prior to the return date of Debtor's Motion.

Dated: ____March 18__, 2021

BY THE COURT

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge