**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Aquilla Mizelle | : | |
| Debtors | : | Bankruptcy Case No. 19-17530 |

## ORDER

Upon consideration of the Supplemental Fee Application for Compensation and Reimbursement of Expenses of Mitchell Lee Chambers, Esquire, Counsel for Debtor(s) (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor(s), and all creditors and parties-in-interest, and good cause having been shown, IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Supplemental Compensation for professional services rendered, in the amount of $988.00 ($800.00 for supplemental fees and $188.00 for supplemental costs) is ALLOWED, and the Standing Trustee shall disburse $988.00 in legal fees and costs to counsel for Debtor in accordance with the terms of Debtors' Chapter 13 Plan.

Dated: July 8, 2021

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge