# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Aquilla L. Mizelle | : | |
| Debtors | : | Bky Case No. 19--17530 MDC |

### CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTOR

I, MITCHELL LEE CHAMBERS, ESQUIRE, counsel for Debtor(s), do hereby certify that:

1. On May 31 2023, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Application for Supplemental Fees, together with the related Notice of Motion, Response Deadline and Hearing Date, upon the Standing Trustee, U.S. Trustee and each holder of a claim against Debtor (the "Interested Parties").

2. Counsel for the Mortgagee, Counsel for the Chapter 13 Trustee, and Counsel for the Debtor agreed to a proposed form of order for the sale of Debtor's real property;

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated:  June 28, 2023

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012
Phone:  (856) 302-1778