**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Aquilla L. Mizelle | : | |
| | : | Bankruptcy No. 19-17530-DJB |
| | : | |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss filed at Docket entry #131.

                                                                             Respectfully submitted,

Date: March 5, 2025                    /s/ Kenneth E. West, Esq
                                                       Kenneth E. West, Esq.
                                                       Chapter 13 Standing Trustee