Certificate Number: 15111-PAE-DE-039423103

Bankruptcy Case Number: 19-17530



15111-PAE-DE-039423103

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on March 9, 2025, at 10:27 o'clock PM EDT, Aquilla L Mizelle completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 10, 2025               By:    /s/Hasan Bilal for Ryan McDonough

                                    Name:  Ryan McDonough

                                    Title: Executive Director of Education