United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17530-djb
Aquilla L Mizelle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 09, 2025 | Form ID: 138OBJ | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aquilla L Mizelle, 3439 North 16th Street, Philadelphia, PA 19140-4904 |
| 14433711 | + | CHRISTOPHER MIZELLE, 3439 NORTH 16TH STREET, Philadelphia, PA 19140-4904 |
| 14433713 | | City of Philadelphia, 1515 Arch Street, One Parkway, Philadelphia, PA 19102 |
| 14433712 | | City of Philadelphia, Law Department, One Parkway Building, 1515 Parkway Building, Philadelphia, PA 19102 |
| 14433718 | + | DITECH MORTGAGE, 1100 VIRGINIA DRIVE, SUITE 100A, Fort Washington, PA 19034-3277 |
| 14447204 | + | Ditech Financial LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14918256 | + | Exeter Finance LLC, c/o William E. Craig, Esquire, Eisenbrg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14575467 | + | Exeter Finance LLC f/k/a Exeter Finance Corp., c/o William E. Craig, Esquire, 110 Marter Avenue Suite 301, Morrestown, NJ 08057-3124 |
| 14433723 | + | LAW OFFICES OF GREGORY JAVARDIAN, 1310 INDUSTRIAL BLVD., 1ST FLOOR, SUITE 101, Southampton, PA 18966-4030 |
| 14464830 | | Pinta, LLC for benefit of Wachovia Capital c/o, Ditech Financial LLC F/K/A Green Tree Se, PO Box 12740, Tempe AZ 85284-0046 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 10 2025 01:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 10 2025 01:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14433708 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 10 2025 01:51:00 | BRIDGECREST, 7300 EAST HAMPTON AVE., SUITE 100, Mesa, AZ 85209-3324 |
| 14505411 | | Email/Text: megan.harper@phila.gov | Apr 10 2025 01:51:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14447840 | | Email/Text: megan.harper@phila.gov | Apr 10 2025 01:51:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14433716 | | Email/Text: cfcbackoffice@contfinco.com | Apr 10 2025 01:51:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14433709 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2025 01:52:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14447845 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2025 01:52:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14449441 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 10 2025 01:51:00 | Carvana, LLC, PO Box 29018, Phoenix AZ 85038-9018 |
| 14446176 | + | Email/Text: bankruptcy@cavps.com | Apr 10 2025 01:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: 138OBJ | Total Noticed: 37 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 14433710 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2025 01:52:15 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14433714 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2025 01:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14433715 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2025 01:51:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14433717 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 10 2025 01:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14433719 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 10 2025 01:52:17 | EXETER FINANCE CORP, 222 LAS COLINAS BLVD. W, Irving, TX 75039-5421 |
| 14435147 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 01:52:23 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14575339 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 10 2025 02:15:42 | Exeter Finance LLC, f/k/a Exeter Finance Corp., P.O Box 166008, Irving, TX 75016-6008 |
| 14443115 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2025 01:52:34 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14433720 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 10 2025 02:04:11 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14433721 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2025 01:51:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14443358 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 10 2025 01:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14433722 | | Email/Text: bankruptcy@kashable.com | Apr 10 2025 01:51:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 14493630 | | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2025 01:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14870531 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2025 02:05:09 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14458212 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2025 01:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14461736 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2025 01:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14433724 | ^ | MEBN | Apr 10 2025 01:40:33 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANTONIO G. BONANNI | on behalf of Creditor Carvana  LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Ditech Financial  LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pinta  LLC for benefit of Wachovia Capital Markets, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Aquilla L Mizelle ecfbc@comcast.net  paecfbc@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC f/k/a Exeter Finance Corp. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 150 − 148

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Aquilla L Mizelle ) | | Case No. 19−17530−djb |
|   fka Aquilla L Brewer ) | | |
| ) | | |
|   Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

                  Eastern District of Pennsylvania
                          900 Market Street
                              Suite 400
                          Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 9, 2025                                                                                        For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court